# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| CENTRAL CONCRETE PUMPING, INC. | ) | Case No. 12-17031 HRT |
| | ) | |
| EIN: 84-1148469 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| In re: | ) | |
| AJ CONCRETE PUMPING II, INC. | ) | Case No. 12-17032 HRT |
| | ) | |
| EIN: 58-2377688 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| In re: | ) | |
| SOUTHWEST CONCRETE PUMPING, INC. | ) | Case No. 12-17034 HRT |
| | ) | |
| EIN: 84-1270413 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **Jointly Administered Under** |
| | ) | **Case No. 12-17031-HRT** |
| | ) | |

## NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT

TO THE DEBTORS, THEIR CREDITORS, EQUITY HOLDERS, AND OTHER PARTIES-IN-INTEREST:

NOTICE IS HEREBY GIVEN that a Second Amended Joint Plan of Reorganization proposed by Debtors Dated May 7, 2013 and Modified Disclosure Statement for Second Amended Joint Plan of Reorganization Proposed by Debtors Dated May 7, 2013 ("Disclosure Statement") was filed by Central Concrete Pumping, Inc., AJ Concrete Pumping II, Inc. and Southwest Concrete Pumping, Inc. and that a hearing will be held on the adequacy of such Disclosure Statement on **Tuesday, June 4, 2013, at 9:30 a.m. in Courtroom C203**, United States Bankruptcy Court for the District of Colorado, Rogers Courthouse, 1929 Stout Street, Denver, Colorado.

NOTICE IS FURTHER GIVEN that pursuant to Local Bankruptcy Rule 3017-1, any objections to the Disclosure Statement shall be made in writing and the original of the objection shall be filed with the Court and a copy served on the attorneys for Central Concrete Pumping, Inc., AJ Concrete Pumping II, Inc. and Southwest Concrete Pumping, Inc., as the Debtors and proponents of the Plan, the United States Trustee, and the Trustee, if any, counsel for the Creditors' Committee (or when there is no counsel, to the Committee Chairperson), applicable regulatory agencies, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities of the State of Colorado, on or before **May 30, 2013**. Objections must specify clearly the grounds upon which they are based, including the citation of supporting legal authority, if any, and references to the particular portions of the Disclosure Statement to which the objection is made. General objections will not be considered by the Court.

The Disclosure Statement is available for public inspection from 8:00 a.m. to 4:30 p.m. during any regular business day in the Clerk's Office of the U.S. Bankruptcy Court for the District of Colorado,

U.S. Customs House, 721 19th St., Denver, CO 80202-2508. Any interested party who desires a copy of the Disclosure Statement or Second Amended Joint Plan may submit such request to the proponent of the Disclosure Statement or Plan at the address stated below, with a copy of that request to the Clerk of the Bankruptcy Court. The proponent shall promptly provide the requested copy.

      The hearing may be continued from time to time by Order made in Open Court without further written notice to creditors.

DATED: May 13, 2013                **Onsager, Staelin & Guyerson, LLC**

                                        By:  /s/Andrew D. Johnson
                                              Christian C. Onsager, #6889
                                              Michael J. Guyerson, #11279
                                              Andrew D. Johnson, #36879
                              1873 S. Bellaire St., Suite 1401
                              Denver, Colorado 80222
                              Telephone:  (303) 512-1123
                              Facsimile:  (303) 512-1129
                              consager@osglaw.com
                              mguyerson@osglaw.com
                              ajohnson@osglaw.com