**DEBTOR:** Central Concrete Pumping, Inc

**CASE NUMBER:** 12-17031

**MONTHLY OPERATING REPORT**
CHAPTER 11

## Form 2-A
## COVER SHEET

For Period Ending _____04/30/13_____

**Accounting Method:** [x] Accrual Basis   [ ] Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [x] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [x] | [ ] | 2. Balance Sheet (Form 2-C) |
| [x] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [x] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [x] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [x] | [ ] | 6. Narrative (Form 2-G) |
| [x] | [ ] | 7. Bank Statements for All Bank Accounts   IMPORTANT: Redact account numbers and remove check images |
| [x] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 5/16/13

Print Name: Jeff Moll

Signature: /s/

Title: President

Rev. 12/10/2009

**DEBTOR:** Central Concrete Pumping, Inc.   **CASE NO:** 12-17031 HRT

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 4/1/2013 to 4/30/2013

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---:|---:|
| **1. Beginning Cash Balance** | $ 3091.82 (1) | $ 2362889.85 |
| 2. Cash Receipts | | |
|    Operations | 150000.7 | 750493 |
|    Sale of Assets | 0 | 0 |
|    Loans/advances | 0 | 0 |
|    Other | 0 | 4808.25 |
|    Total Cash Receipts | $ 150000.7 | $ 755301.25 |
| 3. Cash Disbursements | | |
|    Operations | 141169.95 | 680018.16 |
|    Debt Service/Secured loan payment | 0 | 63360.48 |
|    Professional fees/U.S. Trustee fees | 0 | 0 |
|    Other | 0 | 0 |
|    Total Cash Disbursements | $ 141169.95 | $ 743378.64 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 8830.75 | 11922.61 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 11922.57 (2) | $ 2374812.46 |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | | $ 0 |
| DIP Operating Account | Colorado Business Bank | 11922.57 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account | | 0 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 11922.57 |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
    *Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

| DEBTOR: | Central Concrete Pumping, Inc. | | CASE NO: | 12-17031 HRT |

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 04/1/13 to 04/30/13

**CASH RECEIPTS DETAIL**     **Account No:**     **DIP ACCOUNT**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      | See attached List |  | $ |

Total Cash Receipts    $    0 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 12/10/2009

**DEBTOR:** Central Concrete Pumping, Inc.      **CASE NO:** 12-17031 HRT

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 04/1/13 to 4/30/2013

**CASH DISBURSEMENTS DETAIL**      **Account No:** DIP ACCOUNT
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
|      |           | See attached. |              | $      |

Total Cash Disbursements    $ 0 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

# General Ledger
05/16/13

## CENTRAL CONCRETE PUMPING, INC

General Ledger
Land
Period 4 to 4, Account# 1010 to 1030

| Record# | Trans# | Date | Description | Payee/Vendor/Job/Client | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **1010 CBB OPERATING ACCOUNT** | | | | | | Balance Forward: | 3,091.82 |
| 40 | 043013 | 04/30/2013 | reclass cash | | 8,830.05 | | 11,921.87 |
| 42 | 043013 | 04/30/2013 | crct dep | | 0.70 | | 11,922.57 |
| | | | | Totals: | 8,830.75 | | 11,922.57 |
| **1011 CITIWIDE CASH** | | | | | | Balance Forward: | |
| | | | | Totals: | | | |
| **1012 SOUTHCON CASH** | | | | | | Balance Forward: | |
| | | | | Totals: | | | |
| **1020 CBB A/R CASH** | | | | | | Balance Forward: | |
| 34 | 041213 | 04/12/2013 | rcd swcp chk 11505 | | 150,000.00 | | 150,000.00 |
| 40 | 043013 | 04/30/2013 | reclass cash | | | 150,000.00 | |
| | | | | Totals: | 150,000.00 | 150,000.00 | |
| **1030 CBB A/P CASH** | | | | | | Balance Forward: | |
| 32 | 1073 | 04/12/2013 | protection payment | 5 - FCC EQUIPMENT | | 22,598.52 | -22,598.52 |

General Ledger     05/16/13

Continued...

| Record# | Trans# | Date | Description | Payee/Vendor/Job/Client | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **1030 CBB A/P CASH (Continued)** | | | | | | | |
| 33 | 1072 | 04/12/2013 | protection payment | 52 - Capitol One | | 571.00 | -23,169.52 |
| 35 | 1074 | 04/16/2013 | trustee fees | 53 - U.S.Trustee | | 1,625.00 | -24,794.52 |
| 36 | 041613 | 04/16/2013 | rcd wells payment | 16 - WELLS FARGO | | 69,708.00 | -94,502.52 |
| 37 | 041613 | 04/16/2013 | rcd ge payment | 6 - GE CAPITAL | | 45,177.00 | -139,679.52 |
| 38 | 1075 | 04/24/2013 | legal | 51 - Onsager,Staelin, Guyerson | | 988.78 | -140,668.30 |
| 39 | 1076 | 04/24/2013 | legal | 44 - BERENBAUM,WEIRSHIENKE | | 501.65 | -141,169.95 |
| 40 | 043013 | 04/30/2013 | reclass cash | | 141,169.95 | | |
| | | | | Totals: | 141,169.95 | 141,169.95 | |
| | | | | Grand Total: | 300,000.70 | 291,169.95 | 11,922.57 |

# CENTRAL CONCRETE PUMPING, INC

## Balance Sheet
05/06/13

Balance Sheet

Period = 4
At April 2013

## Assets

### Current Assets

| | | |
|---|---:|---:|
| CBB OPERATING ACCOUNT | 11,921.87 | |
| INVESTMENT IN SWCP | 86,638.46 | |
| INVESTMENTS IN SUB-PATRIOT | 424,751.36 | |
| DUE FROM PAYROLL PARTNERS | 5,605,579.30 | |
| **Total Current Assets:** | | $6,128,890.99 |

### Long Term Assets

| | | |
|---|---:|---:|
| CONCRETE PUMPS | 18,303,942.30 | |
| VEHICLES & TRUCKS | 481,916.37 | |
| **Total Long Term Assets:** | 18,785,858.67 | |

### Accumulated Depreciation

| | | |
|---|---:|---:|
| ACCUM DEPR - CONCRETE PUMPS | (9,129,204.84) | |
| ACCUM DEPR - EQUIPMENT | (2,848.84) | |
| ACCUM DEPR - VEHICLES/TRUCKS | (479,823.58) | |
| **Total Accumulated Depreciation:** | (9,611,877.26) | |
| **Net Long Term Assets:** | | 9,173,981.41 |
| **Total Assets:** | | $15,302,872.40 |

## Liabilities

### Current Liabilities

| | |
|---|---:|
| ACCOUNTS PAYABLE | 4,812.50 |
| DUE TO SOUTHWEST | 650,000.00 |
| CIT LOC - ST | 3,967,941.37 |
| AZ 2007 #2 C1500 CHEVY - ST | 3,709.86 |

## Balance Sheet

05/06/13

Continued...

| | | |
|---|---:|---:|
| AZ 2007 C2500 CHEVY-ST | 2,953.50 | |
| AZ 2007 C1500 CHEVY-ST | 2,291.40 | |
| CO SPRNGS 2007 CHEVY-ST | 2,455.90 | |
| CO SWCP 2007 CHEVY - ST | 1,867.85 | |
| AZ GE NOTE #1 - ST | 2,044,277.23 | |
| AZ GE NOTE #2 - ST | 1,074,554.76 | |
| AZ GE NOTE #3 - ST | 2,086,678.50 | |
| CO 2007 39M - ST | 394,573.07 | |
| AZ 2007 CHEVY - ST | 2,265.36 | |
| 12/2007 PB EQUIP - ST | 64,745.48 | |
| FCC 31M - ST | 42,844.61 | |
| FCC 4,76,77 ST | 131,719.45 | |
| WF 78 & 79 - ST | 255,091.48 | |
| WF AJ 130 - ST | 383,823.21 | |
| AP #80 - ST | 15,698.50 | |
| FCC #131 - ST | 44,483.82 | |
| **Total Current Liabilities:** | | 11,176,787.85 |

Long Term Liabilities

| | | |
|---|---:|---:|
| 12/2007 PB EQUIP - LT | 155,702.65 | |
| FCC 31M - LT | 51,942.45 | |
| FCC 4,76,77 LT | 256,591.78 | |
| FCC #131 - LT | 216,426.63 | |
| **Total Long Term Liabilities:** | | 680,663.51 |
| **Total Liabilities:** | | 11,857,451.36 |

# Equity

Equity/Capital

| | | |
|---|---:|---:|
| COMMON STOCK | 3,000.00 | |
| ADDITIONAL PAID IN CAPITAL | 1,942,294.38 | |
| RETAINED EARNINGS | 2,143,189.94 | |
| **Subtotal Equity/Capital:** | 4,088,484.32 | |
| Current Profit (Loss): | (643,063.28) | |
| **Total Equity/Capital:** | | 3,445,421.04 |
| **Total Liabilities + Equity:** | | $15,302,872.40 |

# CENTRAL CONCRETE PUMPING, INC

## Income Statement
05/06/13

## Income Statement

Period 1 to 4
For 4 Months Ending April 2013

### Operating Income

| | | |
|---|---:|---:|
| LEASE INCOME | 357,000.00 | |
| **Total Operating Income:** | | $357,000.00 |

### Equip/Shop Expense

| | | |
|---|---:|---:|
| PUMP LEASE EXPENSE | 69,708.00 | |
| **Total Equip/Shop Expense:** | **69,708.00** | |
| **Total Direct & Equip/Shop Expense:** | | 69,708.00 |
| **Gross Profit:** | | 287,292.00 |

### Administrative Expense

| | | |
|---|---:|---:|
| INTEREST EXPENSE | 918,048.08 | |
| LEGAL | 9,017.20 | |
| U.S. Trustee Fees | 3,250.00 | |
| **Total Administrative Expense:** | **930,315.28** | |
| **Total Indirect Expense:** | | 930,315.28 |
| **Income from Operations:** | | (643,023.28) |
| **Net Income Before Tax:** | | (643,023.28) |

### After Tax Expense

| | | |
|---|---:|---:|
| CORPORATE INCOME TAX EXP | 40.00 | |
| **Total After Tax Expense:** | | 40.00 |
| **Net Income:** | | $(643,063.28) |

# CENTRAL CONCRETE PUMPING, INC

# Income Statement
05/06/13

## Income Statement

*Period 4 to 4*
*For 1 Month Ending April 2013*

### Operating Income

| | | |
|---|---:|---:|
| LEASE INCOME | 150,000.00 | |
| **Total Operating Income:** | | $150,000.00 |
| **Total Direct & Equip/Shop Expense:** | | 0.00 |
| **Gross Profit:** | | 150,000.00 |

### Administrative Expense

| | | |
|---|---:|---:|
| INTEREST EXPENSE | 138,054.52 | |
| LEGAL | 1,490.43 | |
| U.S. Trustee Fees | 1,625.00 | |
| **Total Administrative Expense:** | 141,169.95 | |
| **Total Indirect Expense:** | | 141,169.95 |
| **Income from Operations:** | | 8,830.05 |
| **Net Income Before Tax:** | | 8,830.05 |
| **Net Income:** | | $8,830.05 |

**DEBTOR:** Central Concrete Pumping, Inc.   **CASE NO:** 12-17031 HRT

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 4/1/2013 to 4/30/2013

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: |  |  |  |  |  |  |
| Federal | $ 0 | $ 0 | 0 |  | $ | 0 |
| State | 0 | 0 | 0 |  |  | 0 |
| FICA Tax Withheld | 0 | 0 | 0 |  |  | 0 |
| Employer's FICA Tax | 0 | 0 | 0 |  |  | 0 |
| Unemployment Tax |  |  |  |  |  |  |
| Federal | 0 | 0 | 0 |  |  | 0 |
| State | 0 | 0 | 0 |  |  | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 |  |  | 0 |
| Property Taxes | 0 | 0 | 0 |  |  | 0 |
| Accrued Income Tax: |  |  |  |  |  |  |
| Federal | 0 | 0 | 0 |  |  | 0 |
| State | 0 | 0 | 0 |  |  | 0 |
| Other: | 0 | 0 | 0 |  |  | 0 |
| TOTALS | $ 0 | $ 0 | 0 |  | $ | 0 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | American Safety Indemnity Co | $ 1,000,000 | 8/31/2013 | $ 8/31/2013 |
| General Liability | The Travelers Indemnity Co. | $ varies on type 5,000-2,000,000 | 8/31/2013 | $ 8/31/2013 |
| Property (Fire, Theft) |  | $ |  | $ |
| Vehicle | Travelers Property Casualty Co | $ 1,000,000 | 8/31/2013 | $ 8/31/2013 |
| Other- Umbrella Liability: | Zurich American Insurance Co. | $ 1,000,000 | 8/31/2013 | $ 8/31/2013 |
|  |  | $ 3,005,000-5,000,000 |  | $ |

Page 1 of 2
Rev. 12/10/2009

**DEBTOR:** Central Concrete Pumping, Inc.  **CASE NO:** 12-17031 HRT

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period: 4/1/13 to 4/30/13

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 0.00 | $ 0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 0.00 | |
| **Total Post Petition Accounts Payable** | | $ 0.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 18,815.00 | $ 1,107.94 | $ 2,221.32 | 5/9/2012 0:00 | $ 835.25 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: | 0 | 0 | 0 | | 0 |
| Total | $ 18815 | $ 1107.94 | $ 2221.32 | | $ 835.25 |

*Balance due to include fees and expenses incurred but not yet paid.
Current Month's Accrual and Month-end Balance due are estimates

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

DEBTOR: Central Concrete Pumping, Inc.   CASE NO: 12-17031 HRT

## Form 2-F
## QUARTERLY FEE SUMMARY *
For the Month Ended: 4/30/2013

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2013 | $ 55427.92 | | | |
| February | 2013 | 51000.52 | | | |
| March | 2013 | 105464.89 | $1,625.00 | 1074 | 16-Apr-13 |
| TOTAL 1st Quarter | | $ 211893.33 $ | | | |
| April | 2013 | $ $141,169.95 | $0.00 | | |
| May | | | $0.00 | | |
| June | | | $0.00 | | |
| TOTAL 2nd Quarter | | $ $141,169.95 $ | $0.00 | | |
| July | | $ | $0.00 | | |
| August | | | $0.00 | | |
| September | | | $0.00 | | |
| TOTAL 3rd Quarter | | $ $0.00 $ | $0.00 | | |
| October | | $ | | | |
| November | | | | | |
| December | | | $0.00 | | |
| TOTAL 4th Quarter | | $ $0.00 $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

**DEBTOR:**   Central Concrete Pumping, Inc.   **CASE NO:** 12-17031 HRT

**Form 2-G**
# NARRATIVE
**For Period Ending 4/30/13**

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

During this time, Debtor prepared and filed its Monthly Operating Report for March 2013.  This Court also granted Debtor's Joint Motion to Approve Stipuation between Debtors and General Electric Capital Corp. resolving Motion for Relief from Stay and Objection to Disclosure Statement.

Page 1 of 1
Rev. 12/10/2009

**Colorado Business Bank**
CoBiz Financial

15710 W Colfax Ave
Golden CO 80401          (303)293-2265

*********AUTO**SCH 5-DIGIT 80110
110 0.7390 AV 0.360        1 1 110
Central Concrete Pumping Inc
Debtor-in-Possession Case #12-17031
2323 W Oxford Ave
Englewood CO 80110-4340

Proud recipient of a 2011
Greenwich Middle Market Banking
Overall Excellence Award

Date    5/01/13  Page      1
Account                    10
Enclosures                  9

# CHECKING ACCOUNT

Due to a statement processing error, your month end April statement also includes transactions from May 1st. If your account is interest bearing, the interest paid on this statement includes interest through May 1st. Should you have any questions please contact your Banker or our Client Services Department at 1-877-409-5704

```
Commercial Analysis Checking
Account Number                          10       Number of Enclosures                  9
Previous Balance                 10,577.85       Statement Dates    4/01/13 thru  5/01/13
  1 Deposits                    150,000.00       Days in the Statement Period        31
 10 Withdrawals                 142,879.63       Average Ledger                35,297.99
Service Charge                         .00       Average Collected             35,297.99
Interest Paid                          .00
Ending Balance                   17,698.22
```

****************************** D E P O S I T S ***********************************
```
Date      Description                                            Amount
4/12      Deposit                                            150,000.00
```

****************************** W I T H D R A W A L S ******************************
```
Date      Description                                            Amount
4/15      WIREOUT GE CEF MAIN DEPOSITORY                      45,177.00-
          20130415J2B74W1C000139
4/15      WIREOUT WELLS FARGO EQUIPMENT                       69,708.00-
          20130415J2B74W1C000045
```

                     --- CHECKS IN NUMBER ORDER ---
```
Date  Check No   Amount   Date  Check No   Amount    Date  Check No   Amount
4/02    1069     360.65   4/22    1072     571.00    4/29    1075     988.78
4/03    1070     477.84   4/23    1073  22,598.52    4/29    1076     501.65
4/02    1071     871.19   4/22    1074   1,625.00
```
* Denotes missing or duplicate (re-presented) check number

************** D A I L Y   B A L A N C E   I N F O R M A T I O N ****************
```
Date    Balance      Date     Balance       Date     Balance
4/01  10,577.85      4/12  158,868.17       4/23   19,188.65
4/02   9,346.01      4/15   43,983.17       4/29   17,698.22
4/03   8,868.17      4/22   41,787.17
```

Apr-13  CENTRAL

|  |  |  |
|---|---|---|
| BALANCE PER BANK |  | $17,698.22 |
| O/S CHECKS |  | ($5,775.65) |
| DEPOSITS IN TRANSIT |  | $0.00 |
|  |  | $0.00 |
| BALANCE |  | $11,922.57 |

| BEGINNING BALANCE |  | $3,091.82 |
|---|---|---|

DEPOSITS

|  |  |  |
|---|---|---|
|  | $150,000.00 |  |
|  | $0.00 |  |
|  | $0.70 |  |
|  | $0.00 |  |
|  | $0.00 |  |
|  | $0.00 |  |
|  |  | $150,000.70 |

| CHECKS | ($141,169.95) | $0.00 |
|---|---|---|
| BANK CHARGES | $0.00 | $0.00 |
| RCD WF | $0.00 | $0.00 |
| chk 5362 | $0.00 | $0.00 |
| chk 5361 | $0.00 |  |
| CRCT CHK 5722 | $0.00 | $0.00 |
| void chks 7207 & 7215 | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
|  |  | $0.00 |
|  | ($141,169.95) | ($141,169.95) |
|  |  | $11,922.57 |
| DIFF |  | 0.00 |

| 1021 | $3,415.00 |
|---|---|
| 1064 | $2,360.65 |
| 1069 | $0.00 |
| 1070 | $0.00 |
| 1071 | $0.00 |
| 1048 | $0.00 |
| 7094 | $0.00 |
| 6973 | $0.00 |
| 6849 | $0.00 |
| 6494 | $0.00 |
| 6495 | $0.00 |
| 6467 | $0.00 |
|  | $5,775.65 |