UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE TENTH CIRCUIT

| | | |
|---|---|---|
| Blaine F. Bates | OFFICE OF THE CLERK | Byron White U.S. Courthouse |
| Clerk of Court | | 1823 Stout St., Denver, CO 80257 |
| | | (303) 335-2900 |

May 24, 2013

TO:   All Parties
RE:   AJ Concrete Pumping II, Inc. v. General Electric Capital et al
BAP No:   CO-12-060
Bk. No.:   12-17031 12-17032 12-17034

Please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly. Please contact this office if you have any questions.

Blaine F. Bates
Clerk of Court