United States Bankruptcy Court
District of Colorado

In re:  
Central Concrete Pumping, Inc.  
Southwest Concrete Pumping, Inc.  
    Debtors

Case No. 12-17031-HRT  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: hoelscher      Page 1 of 2      Date Rcvd: May 24, 2013  
                           Form ID: pdf904      Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2013.
```
db          +AJ Concrete Pumping II, Inc.,    2323 W. Oxford Ave.,    Englewood, CO 80110-4340
db          +Central Concrete Pumping, Inc.,    2323 West Oxford Avenue,    Englewood, CO 80110-4340
db          +Southwest Concrete Pumping, Inc.,    2323 W. Oxford Ave.,    Englewood, CO 80110-4340
aty         +Alexander Terras,   Piper Rudnick LLP,    10 South Wacker Drive, 40th Floor,
              Chicago, IL 60606-7506
aty         +Ann E. Pille,    10 S. Wacker Drive, Ste. 4000,    Chicago, IL 60606-7506
cr          +All Points Capital Corporation,    c/o Sherman & Howard L.L.C.,    Attn: Lynda L. Atkins,
              633 17th Street, Suite 3000,    Denver, CO 80202-3622
acc         +Bauerle & Company,    7887 E. Belleview Ave.,    Suite 700,    Denver, CO 80111-6021
cr          #Tom Anderson,    10422 Smokehouse Bay Dr.,    Naples, FL 34120-4389
cr          +Wells Fargo Equipment Finance, Inc.,    c/o Brown, Berardini & Dunning, P.C.,
              2000 South Colorado Blvd.,    Tower 2, Suite 700,    Denver, CO 80222-7930
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1082-1          User: hoelscher              Page 2 of 2                  Date Rcvd: May 24, 2013
                              Form ID: pdf904              Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2013 at the address(es) listed below:

          Andrew D. Johnson    on behalf of Debtor    AJ Concrete Pumping II, Inc. ajohnson@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
          Andrew D. Johnson    on behalf of Debtor    Central Concrete Pumping, Inc. ajohnson@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
          Andrew D. Johnson    on behalf of Attorney    Onsager, Staelin & Guyerson, LLC ajohnson@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
          Andrew D. Johnson    on behalf of Debtor    Southwest Concrete Pumping, Inc. ajohnson@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
          Brendon C. Reese    on behalf of Creditor    State Of Colorado Department Of Revenue brendon.reese@state.co.us
          Christian C. Onsager    on behalf of Debtor    Southwest Concrete Pumping, Inc. consager@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
          Christian C. Onsager    on behalf of Debtor    Central Concrete Pumping, Inc. consager@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
          Christian C. Onsager    on behalf of Debtor    AJ Concrete Pumping II, Inc. consager@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
          Debra Piazza    on behalf of Creditor    C Moll LLC, a Colorado limited liability company dpiazza@montgomerylittle.com
          Douglas W Brown    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. dbrown@bbdfirm.com, jkordziel@bbdfirm.com;jkreh@bbdfirm.com
          Erich L. Bethke    on behalf of Creditor    General Electric Capital Corporation ebethke@sennlaw.com,   APille@ReedSmith.com;mbetz@sennlaw.com
          Erich L. Bethke    on behalf of Spec. Counsel Erich  Bethke ebethke@sennlaw.com, APille@ReedSmith.com;mbetz@sennlaw.com
          Jeffrey Weinman    on behalf of Creditor Tom  Anderson jweinman@epitrustee.com, lkraai@weinmanpc.com
          Joshua M. Hantman    on behalf of Creditor    Colorado Business Bank jhantman@bhfs.com, vobrien@bhfs.com;cwindholz@bhfs.com
          Kent H. Borges    on behalf of Creditor    FCC Equipment Financing, a division of Caterpillar Financial Services Corporation khborges@sparkswillson.com, knutting@sparkswillson.com;pnberg@sparkswillson.com
          Lynda L. Atkins    on behalf of Creditor    All Points Capital Corporation latkins@shermanhoward.com,   rneal@shermanhoward.com;efiling@sah.com
          M. Frances Cetrulo    on behalf of Debtor    Central Concrete Pumping, Inc. fcetrulo@bw-legal.com, mbaum@bw-legal.com
          Michael J. Guyerson    on behalf of Debtor    Central Concrete Pumping, Inc. mguyerson@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
          Michael J. Guyerson    on behalf of Attorney    Onsager, Staelin & Guyerson, LLC mguyerson@osglaw.com,   agarcia@osglaw.com;bmoss@osglaw.com
          Michael J. Guyerson    on behalf of Debtor    Southwest Concrete Pumping, Inc. mguyerson@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
          Michael J. Guyerson    on behalf of Debtor    AJ Concrete Pumping II, Inc. mguyerson@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
          Neal K. Dunning    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. ndunning@bbdfirm.com,   lhendricks@bbdfirm.com;ppeak@bbdfirm.com;jmellott@bbdfirm.com
          Patricia A. Thatcher    on behalf of Creditor    Patriot Concrete Pumping, Inc. pthatcher@ckbrlaw.com,   bduggan@ckbrlaw.com
          Paul Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
          Shannon Weigel    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. sweigel@bbdfirm.com
          Steven W Watkins    on behalf of Creditor    Western Fleet Services, LLC steve@goldenlawyers.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                                                             TOTAL: 27

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| CENTRAL CONCRETE PUMPING, INC. ) | Case No. 12-17031 HRT |
| ) | |
| EIN: 84-1148469 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| In re: ) | |
| AJ CONCRETE PUMPING II, INC. ) | Case No. 12-17032 HRT |
| ) | |
| EIN: 58-2377688 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| In re: ) | |
| SOUTHWEST CONCRETE PUMPING, INC. ) | Case No. 12-17034 HRT |
| ) | |
| EIN: 84-1270413 ) | Chapter 11 |
| ) | |
| Debtor. ) | **Jointly Administered Under** |
| ) | **Case No.** 12-17031 HRT |

## ORDER GRANTING MOTION TO APPROVE STIPULATION BETWEEN DEBTORS AND FCC EQUIPMENT FINANCING, A DIVISION OF CATERPILLAR FINANCIAL SERVICES CORPORATION AND TO USE PROPERTY OF THE DEBTORS' ESTATES AND CASH COLLATERAL IN CONNECTION WITH THE STIPULATION

THIS MATTER comes before the Court on the Motion to Approve Stipulation Between Debtors and FCC Equipment Financing, a Division of Caterpillar Financial Services Corporation and to Use Property of the Debtors' Estates and Cash Collateral in Connection with the Stipulation (the "Motion") by Central Concrete Pumping, Inc. ("Central"), Southwest Concrete Pumping, Inc. ("Southwest"), and AJ Concrete Pumping II, Inc. ("AJ Concrete"), Central, Southwest, and AJ Concrete are, collectively, the "Debtors." The Court, having reviewed the Motion,

ORDERS as follows:

1. The Motion is GRANTED; and

2. Debtors are authorized to implement as required the terms stated in the Stipulation (as defined in the Motion).

BY THE COURT:

Date: May 24, 2013.

*Howard Tallman*

Howard R. Tallman, Chief Judge
United States Bankruptcy Court